JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA JUSTICE COMMITTEE, THE CONSTITUTION PARTY OF CALIFORNIA, JEFF NORMAN, CHARLES MICHEL DEEMER, and JOHN GABREE,<br><br>Plaintiffs,<br><br>v.<br><br>DEBRA BOWEN, California Secretary of State, in her official capacity,<br><br>Defendant. | CV 12-3956 PA (AGR)<br><br>JUDGMENT |

Pursuant to the Court's Findings of Fact and Conclusions of Law issued on October 18, 2012,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiffs California Justice Committee, the Constitution Party of California, Jeff Norman, Charles Michel Deemer, and John Gabree (collectively "Plaintiffs") shall have judgment in their favor against defendant Debra Bowen, California Secretary of State, in her official capacity ("Defendant" or "Secretary of State").

. . . .

. . . .

     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that California Elections Code section 5100's timing requirement violates Plaintiffs' rights under the First and Fourteenth Amendments of the United States Constitution.

     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Secretary of State is permanently enjoined from enforcing or otherwise applying California Elections Code section 5100's requirement that proposed political parties must satisfy the party qualification requirements at least 135 days prior to the primary election.

     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs shall have their costs of suit.

     IT IS SO ORDERED.

DATED: October 18, 2012                                          _____
                                                                            Percy Anderson
                                                                  UNITED STATES DISTRICT JUDGE